**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

FEDERAL TRADE COMMISSION;

STATE OF ALABAMA;

STATE OF ARKANSAS, *ex rel.* Attorney General Tim Griffin;

COLORADO ATTORNEY GENERAL;

OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS;

PEOPLE OF THE STATE OF ILLINOIS;

STATE OF IOWA, *ex rel.* Brenna Bird, Attorney General;

STATE OF KANSAS, *ex rel.* Kris W. Kobach, Attorney General;

STATE OF LOUISIANA;

STATE OF MISSISSIPPI;

STATE OF NEBRASKA, *ex rel.* Michael T. Hilgers, Attorney General;

STATE OF OHIO, *ex rel*. Attorney General D. Andrew Wilson;

STATE OF OKLAHOMA;

COMMONWEALTH OF PENNSYLVANIA by Attorney General David W. Sunday Jr.;

STATE OF SOUTH CAROLINA, *ex rel.* Alan Wilson, in his official capacity as Attorney General of the State of South Carolina;

Case No. 2:26-cv-01267

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF**

STATE OF TENNESSEE, *ex rel*. Jonathan Skrmetti, Attorney General and Reporter;

UTAH DIVISION OF CONSUMER PROTECTION; AND

STATE OF WISCONSIN,

Plaintiffs,

v.

FAMILY DOLLAR STORES, LLC, also d/b/a Family Dollar, a limited liability company,

Defendant.

Plaintiffs, the Federal Trade Commission ("FTC" or "Commission") and Plaintiffs Alabama, Arkansas, the Colorado Attorney General, Florida, Iowa, the People of the State of Illinois, Kansas, Louisiana, Mississippi, Nebraska, Ohio, Oklahoma, South Carolina, Tennessee, and the Commonwealth of Pennsylvania, by and through their respective Attorneys General (collectively, "Attorneys General"); the Utah Division of Consumer Protection; and the State of Wisconsin acting by and through the Wisconsin Department of Justice (together with the Attorneys General and the Utah Division of Consumer Protection, "Plaintiff States," and collectively with the FTC, "Plaintiffs"), along with the Defendant Family Dollar Stores, LLC, also d/b/a Family Dollar ("Family Dollar") respectfully move this Court to enter the accompanying Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Final Order") reached through settlement negotiations among the parties. Entry of the Stipulated Final Order will end the litigation. A copy of the Stipulated Final order is attached. As grounds for this request, the Parties state as follows:

1. The Plaintiffs filed a Complaint against Family Dollar, alleging Family Dollar charged customers prices that were different than the prices Family Dollar advertised. The Complaint seeks permanent injunctive relief, monetary relief, and other relief.

2. The Stipulated Final Order has been approved and signed by Family Dollar and Family Dollar's counsel. The Stipulated Final order also has been approved by each Plaintiff and signed by each Plaintiff's respective counsel.

3. The Parties jointly request that the Court enter the attached Stipulated Final Order and place it on the public record, thereby bringing this litigation to an end and fully resolving this matter, and retain jurisdiction for the purposes of construction, modification, and enforcement of the Stipulated Final Order.

Dated: November 12, 2026

Respectfully submitted,

/s/ Maris K.V. Snell
Maris K.V. Snell
Federal Trade Commission
1350 Euclid Avenue, Suite 325
Cleveland, OH 44115
Phone: 202-660-8544
Email: msnell@ftc.gov

Christopher J. Erickson
Baasil Shariff
Evan M. Mendelson
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-6316
Washington, DC 20580
Phones: 202-677-8302 (Erickson); 202-326-2855 (Shariff); 202-326-3320 (Mendelson)
Emails: cerickson@ftc.gov; bshariff@ftc.gov; emendelson@ftc.gov

Abbey Thornhill Wallace (VA Bar No. 96004)
Local Counsel

Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-6316
Washington, DC 20580
Phone: 202-256-1507
Email: awallace@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FOR THE STATE OF ALABAMA:**

Steve Marshall
Attorney General

By: /s/ Michael G. Dean
Michael G. Dean (*pro hac vice forthcoming*)
Assistant Attorney General
Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
(334) 353-0415
Michael.Dean@AlabamaAG.gov

Attorney for Plaintiff the State of Alabama

**FOR THE STATE OF ARKANSAS:**

TIM GRIFFIN
ATTORNEY GENERAL

By: /s/ Amanda Wentz
Amanda Wentz, Ark. Bar No. 2021066
(*pro hac vice forthcoming)*
Senior Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov

Attorney for Plaintiff the State of Arkansas

**FOR THE COLORADO ATTORNEY GENERAL:**

/s/ Kolya Glick
Kolya D. Glick (Va. Bar No. 89196)
Senior Assistant Attorney General
Lauren M. Dickey
First Assistant Attorney General
Conor A. Kruger
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Emails: kolya.glick@coag.gov
lauren.dickey@coag.gov
conor.kruger@coag.gov

Attorneys for Plaintiff, the Colorado Attorney General

**FOR THE OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA:**

JAMES UTHMEIER
*Attorney General*

*/s/ Ryan M. Uhrig*
Ryan Michael Uhrig (FBN 118468)
(*pro hac vice forthcoming*)
*Special Counsel*
Victoria Ann Butler (FBN 861250)
*Director of Consumer Protection*

Florida Office of the Attorney General
3507 E. Frontage Road, Suite 325
Tampa, Florida 33607
Telephone (813) 287-7260

Attorneys for Plaintiff, the Office of the Attorney General, State of Florida, Department of Legal Affairs

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

/s/ Linda Jun
LINDA JUN, pro hac vice forthcoming
JACOB GILBERT, pro hac vice forthcoming
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, IL 60603
(312)814-3000
Linda.Jun@ilag.gov
Jacob.Gilbert@ilag.gov

Attorneys for Plaintiff
The People of the State of Illinois

**FOR THE STATE OF IOWA:**

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
Eric Wessan (*pro hac vice forthcoming*)
Solicitor General
Hoover State Office Bldg.
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov

Attorney for Plaintiff the State of Iowa

**FOR THE STATE OF KANSAS:**

KRIS W. KOBACH
ATTORNEY GENERAL

BY: /s/ Kaley Schrader
Kaley Schrader, KS Bar No. 27700
(*pro hac vice forthcoming*)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-3751
Fax: (785) 291-3699
Email: kaley.schrader@ag.ks.gov

Attorney for Plaintiff the State of Kansas

**FOR THE STATE OF LOUISIANA:**

LIZ MURRILL
ATTORNEY GENERAL

BY: /s/ Hanna W. Thomas
Hanna W. Thomas, La. Bar No. 32082
(*pro hac vice forthcoming*)
Assistant Attorney General Specialist
Louisiana Department of Justice
Public Protection Division
1885 North 3rd Street (70802)
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6438
Facsimile: (225) 326-6499
Email: ThomasH@ag.louisiana.gov

Attorney for Plaintiff the State of Louisiana

**FOR THE STATE OF MISSISSIPPI:**

LYNN FITCH
ATTORNEY GENERAL

By: /s/ Sandra D. Buchanan
Sandra D. Buchanan, MSB# 100864
(*pro hac vice forthcoming*)
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: 601-359-4223
Emails: sandra.buchanan@ago.ms.gov;

Attorney for Plaintiff the State of Mississippi

**FOR THE STATE OF NEBRASKA:**

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Michael A. Greenlee
Michael A. Greenlee (NE #24333)
(*pro hac vice forthcoming*)
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-3840
Fax: (402) 471-4725
michael.greenlee@nebraska.gov

Attorney for Plaintiff the State of Nebraska

**FOR THE STATE OF OHIO:**

D. ANDREW WILSON
Attorney General
State of Ohio

/s/ Andrew D. Neuhauser
Andrew D. Neuhauser (Ohio Bar No. 0082799)
(*pro hac vice forthcoming*)
Paige E. Weinstein (Ohio Bar No. 0098371)
(*pro hac vice forthcoming*)
Assistant Attorneys General
Consumer Protection Section
Ohio Attorney General's Office
30 East Broad Street
Columbus, Ohio 43215
Telephone: 614-644-9618
Facsimile: 866-921-9921
Andrew.Neuhauser@OhioAGO.gov
Paige.Weinstein@OhioAGO.gov

Attorneys for Plaintiff the State of Ohio *ex rel.*
Attorney General D. Andrew Wilson

**FOR THE STATE OF OKLAHOMA:**

GENTNER DRUMMOND
OKLAHOMA ATTORNEY GENERAL

/s/ *Kristin Siegel*
Cameron R. Capps (*pro hac vice forthcoming*)
Deputy Attorney General
Kristin Siegel (*pro hac vice forthcoming*)
Assistant Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 522-9052
Facsimile: (405) 521-3921
Email: Cameron.Capps@oag.ok.gov
Kristin.Siegel@oag.ok.gov

Attorneys for Plaintiff the State of Oklahoma

**FOR THE COMMONWEALTH OF PENNSYLVANIA:**

DAVID W. SUNDAY, JR.
Attorney General for the Commonwealth of Pennsylvania

/s/ Jaimie L. George
Jaimie L. George PA Id. No. 309368
(*pro hac vice forthcoming*)
Deputy Attorney General
Pennsylvania Office of Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
Telephone: (412) 565-7680
Email: jgeorge@attorneygeneral.gov
Fax: (412) 565-3019

Attorney for Plaintiff the Commonwealth of Pennsylvania

**FOR THE STATE OF SOUTH CAROLINA:**

ALAN WILSON
Attorney General

/s/ Jared Q. Libet
Jared Q. Libet (*pro hac vice forthcoming*)
Assistant Deputy Attorney General
Jordan Martin (*pro hac vice forthcoming*)
Assistant Attorney General
Office of the South Carolina Attorney General
Consumer Protection & Antitrust Division
Telephone: (803) 734-5251
Email: jlibet@scag.gov
Email: jordanmartin@scag.gov

Attorneys for Plaintiff State of South Carolina

**FOR THE STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Hannah G. Murray
Hannah G. Murray (*pro hac vice forthcoming*)
Daimon S. Duggar (*pro hac vice forthcoming*)
Office of the Tennessee Attorney General
Public Protection Section
Consumer Protection Division
P.O. Box 20207
Nashville, TN 37202-0207
Phones: 615-253-4146 (Murray);
615-253-5830 (Duggar)
Emails: Hannah.Murray@ag.tn.gov;
Daimon.Duggar@ag.tn.gov

Attorneys for Plaintiff the State of Tennessee

**FOR THE UTAH DIVISION OF CONSUMER PROTECTION:**

/s/ Alexandra Butler
DEREK E. BROWN
UTAH ATTORNEY GENERAL
Douglas Crapo
Public Protection Deputy Attorney General
Alexandra Butler (*pro hac vice forthcoming*)
Assistant Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310
alexandrabutler@agutah.gov

Attorneys for Plaintiff Utah Division of Consumer Protection

**FOR THE STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Laura E. McFarlane
LAURA E. MCFARLANE
Assistant Attorney General
State Bar #1089358 (*pro hac vice forthcoming*)
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
laura.mcfarlane@wisdoj.gov

Attorney for the State of Wisconsin

**FOR DEFENDANT:**

/s/ Scott Sher
Scott Sher *(pro hac vice forthcoming)*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St. NW
Washington, DC 20006
(202) 223-7476
ssher@paulweiss.com

*Counsel for Family Dollar Stores, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via email at the addresses below:

**FAMILY DOLLAR STORES, LLC:**
Scott Sher
Paul, Weiss, Rifkind, Wharton & Garrison LLP
ssher@paulweiss.com

**STATE OF ALABAMA:**
Michael G. Dean
Michael.Dean@AlabamaAG.gov

**STATE OF ARKANSAS:**
Amanda Wentz
amanda.wentz@arkansasag.gov

**COLORADO ATTORNEY GENERAL:**
Kolya D. Glick
Lauren M. Dickey
Conor A. Kruger
kolya.glick@coag.gov
lauren.dickey@coag.gov
conor.kruger@coag.gov

**OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA:**
Ryan Michael Uhrig
Victoria Ann Butler
Ryan.Uhrig@myfloridalegal.com
victoria.butler@myfloridalegal.com

**PEOPLE OF THE STATE OF ILLINOIS:**
Linda Jun
Jacob Gilbert
Linda.Jun@ilag.gov
Jacob.Gilbert@ilag.gov

**STATE OF IOWA:**
Eric Wessan
eric.wessan@ag.iowa.gov

**STATE OF KANSAS:**
Kaley Schrader
kaley.schrader@ag.ks.gov

**STATE OF LOUISIANA:**
Hanna W. Thomas
ThomasH@ag.louisiana.gov

**STATE OF MISSISSIPPI:**
Sandra D. Buchanan
sandra.buchanan@ago.ms.gov

**STATE OF NEBRASKA:**
Michael A. Greenlee
michael.greenlee@nebraska.gov

**STATE OF OHIO:**
Andrew D. Neuhauser
Paige E. Weinstein
Andrew.Neuhauser@OhioAGO.gov
Paige.Weinstein@OhioAGO.gov

**STATE OF OKLAHOMA:**
Cameron R. Capps
Kristin Siegel
Cameron.Capps@oag.ok.gov
Kristin.Siegel@oag.ok.gov

**COMMONWEALTH OF PENNSYLVANIA:**
Jaimie L. George
jgeorge@attorneygeneral.gov

**STATE OF SOUTH CAROLINA:**
Jared Q. Libet
Jordan Martin
jlibet@scag.gov
jordanmartin@scag.gov

**STATE OF TENNESSEE:**
Hannah G. Murray
Daimon S. Duggar
Hannah.Murray@ag.tn.gov
Daimon.Duggar@ag.tn.gov

**UTAH DIVISION OF CONSUMER PROTECTION:**
Alexandra Butler
alexandrabutler@agutah.gov

**STATE OF WISCONSIN:**
Laura E. McFarlane
laura.mcfarlane@wisdoj.gov

/s/ Maris K.V. Snell
Federal Trade Commission
1350 Euclid Avenue, Suite 325
Cleveland, OH 44115
Phone: 202-660-8544
Email: msnell@ftc.gov